UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM A. MORIN and KIM MORIN, husband and wife,<br><br>        Plaintiffs,<br><br>    v.<br><br>COMMONWEALTH ANNUITY AND LIFE INSURANCE COMPANY, F/K/A ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY COMPANY, a foreign insurer doing business in Washington, and ROBERT JAYNE, an agent of Allmerica Financial Life and Annuity Company, and CHARLES POTTER, also an agent of Allmerica Financial Life and Annuity Company,<br><br>        Defendants. | NO. CV-10-0392-EFS<br><br>**ORDER GRANTING THE STIPULATION REGARDING REMAND TO SPOKANE COUNTY SUPERIOR COURT** |

    Before the Court, without oral argument, is the parties' Stipulation Regarding Remand to Spokane County Superior Court. (ECF No. 8.) The parties agree diversity jurisdiction no longer exists and that remand is appropriate given the addition of Washington-resident Defendants. Under the circumstances, the Court finds remand is appropriate. *See* 28 U.S.C. § 1441; *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992). However, this Court does not have the power to alter Defendants' state-court

ORDER OF REMAND ~ 1

1 answer deadline; therefore, this portion of the parties' stipulation is
2 not adopted. Accordingly, **IT IS HEREBY ORDERED**:

3     1.    This case is **REMANDED** to Superior Court of the State of
4 Washington, County of Spokane (Case No. 10-2094112-0).

5     2.    Allmerica is not required to answer or otherwise respond to the
6 Amended Complaint until this case is reopened in Spokane County Superior
7 Court.

8     3.    The parties do not waive any right to remove or invoke federal
9 jurisdiction in the future.

10     4.    This file shall be **CLOSED**.

11 **IT IS SO ORDERED.** The District Court Executive is directed to enter
12 this Order and provide copies to all counsel.

13     **DATED** this   13th   day of December 2010.

15                                  s/Edward F. Shea
                                       EDWARD F. SHEA
16                         United States District Judge

Q:\Civil\2010\0392.remand.wpd

ORDER OF REMAND ~ 2